**Order entered December 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01453-CR

### JIMMY CHARLES JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F95-72894-HV

## ORDER

The Court **DENIES** appellant's December 2, 2014 and December 4, 2014 pro se amended motion[s] "for a new trial on punishment hearing." The appeal was dismissed for want of jurisdiction on November 18, 2014.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jimmy Charles Johnson, TDCJ No. 727145, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606

/s/    DAVID L. BRIDGES
         JUSTICE